UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DIANA ZOE ELLIS,

    Plaintiff,

v.

CHRISTINE GREGOIRE; STATE OF WASHINGTON; DEPARTMENT OF SOCIAL AND HEALTH SERVICES; and COMMUNITY SERVICE OFFICE,

    Defendants.

Case No.  06-5313 RJB

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

    This matter comes before the court on petitioner's motion to proceed *in forma pauperis*. Dkt. 2.  The court has considered the pleadings filed in support of the motion and the file herein.

    Under 28 U.S.C. § 1915, any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein without prepayment of fees or security therefore.  The court has broad discretion in approving or denying an application to proceed *in forma pauperis*. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963).  A review of the documentation petitioner has submitted suggests that she is unable to pay the filing fee.  Accordingly, the motion to proceed *in forma pauperis* should be approved.  Therefore, it is hereby **ORDERED** that petitioner's motion to proceed *in forma pauperis* (Dkt. 2) is **GRANTED**.

ORDER - 1

1  The clerk is directed to send uncertified copies of this Order to all counsel of record and to
2 any party appearing *pro se* at said party's last known address.
3  DATED this 5th day of July, 2006.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge

ORDER - 2